JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. CARROLL, | ) | Case No. CV 13-0787 FMO |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN DIAZ, | ) | |
| Respondent. | ) | |

  IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 20th day of March, 2014.

/s/
Fernando M. Olguin
United States District Judge